UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELTON LOVE, JR., | No. 2:23-cv-00790-DJC-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. He seeks an extension of time of 30 days to file an amended complaint. ECF No. 27. The motion is GRANTED, and plaintiff's amended complaint shall be filed on or before October 27, 2023.

So ordered.

Dated: September 29, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE